U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 07/19/2000    TIME:    9:30 AM

DEFT. RONALD ~~ARTHUR~~ COXE    (J)    CASE NO.    00-5162-AEV

AUSA.    DONALD CHASE    ATTY. FPD - DAVE BRANNON

AGENT.    DEA    VIOL.    21:841(a)(1),846

PROCEEDING    INITIAL HEARING    BOND. PTD (REQUESTED BY GOVT)

DISPOSITION    Initial held

Deft present - sworn / test

Complaint read to deft & advised of his rights.

Arraignment set for Monday, 7-31-00 @ 10:00 am
before Judge Johnson.

Court questions deft, finds him Partially Indigent
& appoints FPD.

Deft is ordered to pay a total sum of $2000-00
into Courts Treasury in 60 days.

Detention hearing set for Monday, 7-24-00
@ 10:00 am before Judge Johnson.

DATE:    7-19-00    TAPE: AEV 00-49-1154

## *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ROBERT ESKIN

**WARRANT FOR ARREST**

**CASE NUMBER:** *00-4179-SNOW*

**TO:** **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___ROBERT ESKIN___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [X] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him with (brief description of offense) possess with the intent to distribute marijuana, a Schedule I controlled substance,

and conspire to do the same,

in violation of Title __21__ United States Code, Section(s)_841(a)(1) and 846____

___Lurana S. Snow___
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ *Pretrial Detention Requested*

___United States Magistrate Judge___
Title of Issuing Officer

___7/19/00 at Fort Lauderdale, Florida___
Date and Location

by *Lurana S. Snow*, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __ROBERT ESKIN_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: __November 29, 1947_____

SOCIAL SECURITY NUMBER: __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_____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: __DEA-FORT LAUDERDALE_____

_____ S/A TOM MASTERS_____