# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 07/19/2000   TIME: 9:30 AM

**DEFT.** STEPHEN CLARK ✓ (J)   **CASE NO.** 00-5162-AEV

**AUSA.** DONALD CHASE ✓   **ATTY.** CJA Thomas Garland ✓

**AGENT.** DEA   **VIOL.** 21:841(a)(1), 846

**PROCEEDING** INITIAL HEARING   **BOND.** PTD (REQUESTED BY GOVT)

**DISPOSITION** Initial held

Deft present - sworn / 1st.
Complaint read to deft & advised of his rights
Arraignment set for Monday, 7-31-00 @ 10:00 AM
before Judge Johnson.
Court questions deft, finds him Partially Indigent
& appts CJA Counsel - Thomas Garland (present in court)
Deft is ordered to pay a total sum of $2000.00
into Court's treasury in 60 days.
Detention hearing set for Tuesday, 7-25-00 @
9:30 AM before Judge Lynch in Ft. Pierce.

DATE: 7-19-00   TAPE: AEV 00-49-1364

## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ROBERT ESKIN (J) | CASE NO: | 00-4179-SNOW |
| AUSA: | DON CHASE /Kapler | ATTY: | Neal Lewis |
| AGENT: | DEA | VIOL: | 21:841(a)(1), 846 |
| PROCEEDING: | I/A ON COMPLAINT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by ___ D.C.
JUL 20 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ____ x`s a week/month by phone; ____ x`s a week/month in person.
- ❏ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: ____
- ❏ Travel extended to: ____
- ❏ Halfway House ____

Advised of charges
Oral present -
requested PTD hearing
be held tomorrow,
July 21.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-3 | 11 | BSS | |
| PTD/BOND HEARING: | 7-21 | 11 | LSS ✓ | |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-3 | 11 | BSS ✓ | |
| STATUS CONFERENCE: | | | | |

DATE: 7/20/00    TIME: 11:00    FTL/LSS TAPE # 00 - 039    Begin: 213    End: 353

3p