**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: __00-5162-AEV__

UNITED STATES OF AMERICA,

    Plaintiff,

ORDER ON INITIAL APPEARANCE

Language __ENGLISH__

v.

Tape No. __AEV 00-49-1154__

    Defendant.

AUSA __DONALD CHASE__

__RONALD COXE__ /

Agent __DEA__

The above-named defendant having been arrested on __7-18-00__, having appeared before the court for initial appearance on __7-19-00__, and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

2. __FEDERAL PUBLIC DEFENDER-DAVE BRANNON__ appointed as permanent counsel of record.

   Address: __WPB, FL.__

   Zip Code: _____ Telephone: __561-833-6288__

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 19__.

4. Arrangement/~~PRELIMINARY/REMOVAL/IDENTITY~~ hearing is set for __MONDAY, 7-31-00 @ 10:00 AM BEFORE JUDGE JOHNSON__

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because __COURT ORDERED__

   A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for __MONDAY, 7-24-00 @ 10:00 AM BEFORE JUDGE JOHNSON__

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:

_____

_____

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

___ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

—1—

SD/F M-1
Rev.12/95

___ i. Comply with the following additional special conditions of this bond: _____

_____

This bond was set: At Arrest   ___ ___

On Warrant   ___ ___

After hearing ___ ___

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at   **WPB**   , this **19** day of   **JULY**   **XXX** 2000.

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD TO Pretrial Services

SD/F M-1
Rev.7/90

—2—

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      :

v.                             :      CASE NO. _00-4479 Snow_

_Robert Eskin_                 :

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED
JUL 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

COMES NOW _NEAL R. Lewis_ and
files this temporary appearance as counsel for the above named
defendant(s) at initial appearance. This appearance is made with
the understanding that the undersigned counsel will fulfill any
obligations imposed by the Court such as preparing and filing
documents necessary to collateralize any personal surety bond
which may be set.

Counsel's Name (Printed) _NEAL R. Lewis_

Counsel's Signature _Neal R. Lewis_

Address _9130 S. Dadeland Blvd. 1609_
_Miami, Fl_           Zip Code: _33156_

Telephone _(305) 254-2289_