**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: __00-5162-AEV__

UNITED STATES OF AMERICA,

    Plaintiff,

ORDER ON INITIAL APPEARANCE

Language __ENGLISH__

v.

Tape No. __AEV 00-49-1364__

    Defendant.

AUSA __DONALD CHASE__

__STEPHEN CLARK_____/

Agent __DEA__

The above-named defendant having been arrested on ___7-18-00___, having appeared before the court for initial appearance on ___7-19-00___ and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

2. __THOMAS GARLAND (CJA)_____ appointed as permanent counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 19___.

4. Arraignment/~~Preliminary/Removal~~ hearing is set for __MONDAY, 7-31-00 @ 10:00 AM BEFORE JUDGE JOHNSON__

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because __COURT ORDERED__.

   A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for __TUESDAY, 7-25-00 @ 9:30 AM BEFORE JUDGE LYNCH IN FT. PIERCE__

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:

   _____

   _____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

___ b. Report to Pretrial Services as follows: ____ times a week by phone ____ times a week in person; other: _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

—1—

SD/F M-1
Rev.12/95

00-5162-AEV

___ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set: At Arrest   _____

On Warrant   _____

After hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at ____**WPB**____, this __**19**__ day of ____**JULY**____ XXX **2000**.

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTIONS:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD TO Pretrial Services

SD/F M-1
Rev.7/90

—2—

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-4179-Snow

UNITED STATES OF AMERICA

    Plaintiff,

v.

ROBERT ESKIN

    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language  English
Tape No.  00- O39
AUSA  Don Chase
Agent  DEA

FILED by _____ D.C.
JUL 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above-named defendant having been arrested on JULY 19, 2000, having appeared before the court for initial appearance on JULY 20, 2000 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. _Neal Lewis_ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____
   on _____ 8/3/00
4. Arraignment/Preliminary/Removal/Identity hearing is set for 8/3 at // before Judge BSS
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 7/21 at // before Judge LSS
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

__j. Comply with the following additional special conditions of this bond:_____
_____
_____

    This bond was set: At Arrest _____
                        On Warrant _____
                        After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Ft. Lauderdale, Florida this 20TH day of JULY, 2000.


                                                      U. S. MAGISTRATE JUDGE
                                                      LURANA S. SNOW

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation