UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-5162-AEV__



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEPHEN CLARK,

    Defendant.
_____/

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL
## AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006 A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the total sum of __$2000.00__ due in sixty (60) days from today's date.

The payment shall be sent, along with a copy of this order, to the Clerk of the Court, for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. Section 3006A(f). Unless such payment is made on or before the above stated date, the Court may terminate the appointment of counsel as the interest of justice may dictate,



pursuant to 18 U.S.C. Section 3006A(c).

It is further **ORDERED** that a Status Conference on reimbursement shall be held on

MONDAY, OCTOBER 2, _____ 2000 _____ at _9:30_____

a.m., before Magistrate Judge Ann E. Vitunac, in West Palm Beach, Florida. This hearing may be canceled upon advance notification to the magistrate Judge's Courtroom Deputy that payment(s) has (have) been met and is (are) current pursuant to payment schedule. If no notification has been made, or if payment(s) is (are) delinquent, both defense counsel and the defendant are required at the hearing.

July 19, 2000

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

c:　Dave Brannon, AFPD
　　U.S. Attorney (Donald Chase)
　　U.S. Marshal
　　U.S. Pretrial Service
　　Clerk of Court, Financial Section, Miami

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  491925

UNITED STATES OF AMERICA

V.

ROBERT ESKIN

**WARRANT FOR ARREST**

**CASE NUMBER:** CO-4179-
Snow

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___ROBERT ESKIN___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) possess with the intent to distribute marijuana, a Schedule I controlled substance, and conspire to do the same,

in violation of Title __21__ United States Code, Section(s) _841(a)(1) and 846_

Lurana S. Snow                                        United States Magistrate Judge
Name of Issuing Officer                               Title of Issuing Officer

/s/ Amy Jordan                                        7/19/00 at Fort Lauderdale, Florida
Signature of Issuing Officer                          Date and Location

Bail fixed at $ _Pretrial Detention Requested_        by /s/ Lurana S. Snow, United States Magistrate Judge
                                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at<br>Ft. Lauderdale, FL |

| DATE RECEIVED<br>7/20/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>7/20/00 | FOR: DEA | Fred Depompa, SDUSM |