DFC km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

21 U.S.C. §841(a)(1)
21 U.S.C. §846
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONALD COXE, ) | |
| STEPHEN CLARK, and ) | |
| ROBERT ESKIN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |



FILED by ___ D.C.
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about April 5, 2000, and continuing to on or about July 18, 2000, at Broward and Palm Beach Counties, in the Southern District of the Florida, and elsewhere, the defendants,

RONALD COXE,
STEPHEN CLARK, and
ROBERT ESKIN,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

2

All in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about July 18, 2000, at Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

>    RONALD COXE,
>    STEPHEN CLARKE, and
>    ROBERT ESKIN,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

RONALD COXE,
STEPHEN CLARK, and
ROBERT ESKIN
                                **Superseding Case Information**:

**Court Division**: (Select One)        New Defendant(s)     Yes ___   No ___
                                        Number of New Defendants  ___
___ Miami  ___ Key West                 Total number of counts    ___
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __NO__
   List language and/or dialect  __ENGLISH__

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_     Petty      ___
   II   6 to 10 days     ___     Minor      ___
   III  11 to 20 days    ___     Misdem.    ___
   IV   21 to 60 days    ___     Felony     _x_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) YES
   If yes:
   Magistrate Case No.  00-5162-AEV; 00-4179-SNOW
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  JULY 18, 2000
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ____NO____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

/s/ Donald L. Chase II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077

*Penalty Sheet(s) attached                                      REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __RONALD COXE__   No.:_____

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana

21 U.S.C. §846

*Max Penalty: Maximum of 20 years' imprisonment; $1,000,000 fine.


Count #: II

Possession with the Intent to Distribute Marijuana

21 U.S.C. §841(a)(1)

*Max Penalty: 20 years' imprisonment; $1,000,000 fine.


Count #:


*Max Penalty:


Count #:


*Max Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  ROBERT ESKIN                    No.:_____

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana.

21 U.S.C. §846

*Max Penalty: Maximum of 20 years' imprisonment; $1,000,000 fine.


Count #: II
Possession with the Intent to Distribute Marijuana        .

21 U.S.C. §841(a)(1)

*Max Penalty: 20 years' imprisonment; $1,000,000 fine.


Count #:


*Max Penalty:


Count #:


*Max Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: __STEPHEN CLARK__       No.:_____

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana.
21 U.S.C. §846
*Max Penalty: Maximum of 20 years' imprisonment; $1,000,000 fine.


Count #: II
Possess with the Intent to Distribute Marijuana
21 U.S.C. §841(a)(1)
*Max Penalty: 20 years' imprisonment; $1,000,000 fine.


Count #:

*Max Penalty:


Count #:

*Max Penalty:


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96