| | | | |
|---|---|---|---|
| DEFT: | Robert Eskin (J)# | CASE NO: | 00-6199-CR--Ferg. 00-4179-155 |
| AUSA: | Don Chase /Bob Nicholson | ATTNY: | Neal Lewis present |
| AGENT: | | VIOL: | |

PROCEEDING: Inquiry re Counsel/ Arraignment    BOND REC: ___

BOND HEARING HELD - yes/no    COUNSEL APPOINTED

FILED by ___ D.C.
AUG 3 2000
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 8-18-00   9:30am   Snow

DATE: 8-3-00    TIME: 11:00am    TAPE # 00-062   PG # 6

1976-2025

20