FILED by D.C.
AUG 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6199-CR-Ferguson

UNITED STATES OF AMERICA

vs

Robert Eskin

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  8-3-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: In Custody |
| | Telephone: |
| DEFENSE COUNSEL: | Name: Neal Lewis |
| | Address: |
| | Telephone: |
| BOND SET/CONTINUED: | $ Cont'd in custody |

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __3__ day of ___August___, 20 _00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. _OC-662_

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services