HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by __ D.C.
AUG 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT __KEN RICHARDS_____ CASE NO: ~~00-6175-CR-ZLOCH~~

AUSA __BERTHA MITRANI__ /Powell ATTY __JACK BLUMENFELD__ - pres

Disc out - no pending motions
3 audio tapes - no video — will be a trial
col cael 9-11.                                                    00-044
                                                                  @ 1

DEFT __ROBERT ESKIN_____ CASE NO: __00-6199-CR-FERGUSON__ ✓

AUSA __DON CHASE__ pres            ATTY __NEAL LEWIS__ pres

Going to be a plea                                                @ 11⁰

DEFT __FABIAN JOSEPH_____ CASE NO: ~~00-6200-CR-BLOCK~~

AUSA __TOM LANIGAN__ /Powell       ATTY __FPD__

Trial Sept 25 - Disc out                                          @ 13⁰

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DATE __8-18-00_____ TIME __9:30 A.M.__

30