UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RONALD COXE, | ) |
| STEPHEN CLARK, and | ) |
| ROBERT ESKIN, | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE
## TO STANDING DISCOVERY ORDER

The United States files this response to the supplemental Standing Discovery Order issued in this case. This supplemental response is numbered to correspond to that Order.

A.    1.    The government is aware of recorded statements made by the defendants during the course of the investigation. Produced by the government with this discovery response are copies of the following 7 audiotape recordings that are identified by the exhibit number attached to the same by the DEA: N–192; N–193; N–194; N–196; N–197; N–198; and N–199.

B.       DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

> Date: July 18, 2000
> Place: Southern Self Storage, 8452 West Okeechobee Boulevard, West Palm Beach, Florida

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/ Donald F. Chase, II

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was hand-delivered this 17th day of August 2000 to Daryl Wilcox, Esq., Assistant Federal Public Defender, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301; Thomas Garland, Esq., 1541 SE Port St. Lucie Boulevard, Port St. Lucie, FL 34952; and Neal Lewis, Esq., Two Datran Center, Suite 1609, 9130 South Dadeland Boulevard, Miami, Florida 33156-7849.

/s/ Donald F. Chase, II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY