UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

ROBERT ESKIN, :

    Defendant. :
_____

FILED by _____ D.C.
AUG 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on August 18, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _____ day of August, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Donald Chase (FTL)
Neal Lewis, Esq.