UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RONALD COXE, | ) |
| STEPHEN CLARK, and | ) |
| ROBERT ESKIN, | ) |
| Defendants. | ) |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE
## TO STANDING DISCOVERY ORDER

The United States files this response to the supplemental Standing Discovery Order issued in this case. This supplemental response is numbered to correspond to that Order.

A.  1.  The government is aware of recorded statements made by the defendants during the course of the investigation. Produced by the government to counsel for defendant Coxe, Neal Sandberg, with this discovery response are copies of the following 6 audiotape recordings that are identified by the exhibit number attached to the same by the DEA: N-194; N-195 (2 tapes); (2 tapes); N-200; N-202; N-204; and N-242. Counsel for the defendants Clark and Eskin can obtain copies of the foregoing tapes by sending 8 blank 60 minute cassette tapes to the undersigned prosecutor to be used for duplication or by making arrangements for copying with Mr. Sandberg.

2.  The government is aware of oral statements made by the defendants before or after arrest in response to interrogation by any person then known to the defendant to be a government agent that the government intends to use at trial. Attached please find reports of oral statements made by the defendants Eskin and Coxe subsequent to their arrests.



5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected on a mutually convenient time at the Office of the United States Attorney, 500 East Broward Boulevard, Suite 700 in Fort Lauderdale, Florida. Please call the undersigned to set up a date and time that is convenient to the parties. The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial. Such attachments include: May 20, 2000 Industrial lease between defendant Clark and Presson Equity Partners in Tempe, Arizona; May 17, 2000, July 2, 2000 Arizona Republic newspaper articles; N-225-handwritten expense report; May 27, 2000 Pinewood Chevron receipt from Munds Park, Arizona; 2 May 27, 2000 Stuckeys receipt from Tucumcari, New Mexico; 3 receipts dated May 28, 2000 Love's Country Store receipt from Erick, Oklahoma; Citgo receipt; 4 Petro Shopping Center receipts from Milan, New Mexico dated May 27, 2000; 2 Florida Department of Transportation toll receipts dated May 29, 2000; Florida Department of Transportation toll receipts dated May 30, 2000; May 28, 2000 Graham's Express Stop receipt; Spectrum #73 in Forsyth, Georgia receipt dated May 29, 2000; 2 Short Stop Chevron Receipts from Dora, Alabama dated May 29, 2000; Metro Food Mart receipt from North Little Rock, Alabama dated May 28, 2000; and Fast Lane receipt dated May 28, 2000 from Olive Branch, Mississippi; Olive Branch, Mississippi Hampton Inn receipt dated May 28, 2000 in the name of Stephen Clark; Amarillo, Texas Hampton Inn receipt dated May 27, 2000 in the name of Stephen Clark; Kissimmee, Florida Howard Johnson Hotel receipt dated May 29, 2000 in the name of Stephen Clark; 4 photographs of vehicle bearing Colorado tag number VFL50B3; and vehicle registration for 1977 Cadillac owned by defendant Coxe.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

D. The undersigned prosecutor is presently aware of payments, promises of immunity, leniency, or preferential treatment, made to prospective government witnesses, within the scope of Giglio or Napue. Such information will be produced upon receipt from the investigating officers

E. The government is aware of prior convictions of the informant who may testify for the government at trial. See attached criminal history of the informant.

H.  The government will advise the defendant prior to trial of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

K.  Attached is a report of a DEA forensic chemist finding the substance seized to be marijuana based upon analysis of a representative sample taken from each bale. Also, attached are the calculations made to determine the weight of the marijuana involved minus the packaging and boxes is 210 pounds.

M.  The government is presently unaware of latent fingerprints or palm prints which have been identified by a government expert as those of the defendants. See attached report of Delray Beach Police Department Investigator McKinlay.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

Date:  July 18, 2000
Place: Southern Self Storage, 8452 West Okeechobee Boulevard, West Palm Beach, Florida

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:    DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 11th day of September 2000 to Neal Sandberg, Esq., 2650 Biscayne Boulevard, Miami, Florida 33137-4590; Thomas Garland, Esq., 1541 SE Port St. Lucie Boulevard, Port St. Lucie, FL 34952; and Neal Lewis, Esq., Two Datran Center, Suite 1609, 9130 South Dadeland Boulevard, Miami, Florida 33156-7849.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY