DFC km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6199-CR-FERGUSON(s)</u>
21 U.S.C. §841(a)(1)
21 U.S.C. §846
18 U.S.C. §2



FILED by ___ D.C.
SEP 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONALD COXE, | ) |
| STEPHEN CLARK and | ) |
| ROBERT ESKIN, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about April 5, 2000 and continuing to on or about July 18, 2000, at Broward and

Palm Beach Counties, in the Southern District of the Florida, and elsewhere, the defendants,

RONALD COXE,
STEPHEN CLARK and
ROBERT ESKIN,

did knowingly and intentionally combine, conspire, confederate and agree with each other and

with persons known and unknown to the Grand Jury to possess with intent to distribute a

Schedule I controlled substance, that is, in excess of one hundred (100) kilograms of a mixture



and substance containing a detectable amount of marijuana, in violation of Title 21, United States

Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### COUNT II

On or about July 18, 2000 at Broward and Palm Beach Counties, in the Southern District

of Florida, and elsewhere, the defendants,

> RONALD COXE,
> STEPHEN CLARKE and
> ROBERT ESKIN,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled

substance, that is, a mixture and substance containing a detectable amount of marijuana, in

violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code,

Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** ___00-6199-CR-FERGUSON(s)___ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| RONALD COXE, STEPHEN CLARK, and ROBERT ESKIN | |

**Superseding Case Information**:

**Court Division:** (Select One)

```
___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP
```

New Defendant(s)            Yes ___   No _X_
Number of New Defendants          _0_
Total number of counts             _2_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _NO_
   List language and/or dialect   _ENGLISH_

4. This case will take _5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days   | _X_ | Petty    | ___ |
   | II  | 6 to 10 days  | ___ | Minor    | ___ |
   | III | 11 to 20 days | ___ | Misdem.  | ___ |
   | IV  | 21 to 60 days | ___ | Felony   | _x_ |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____        Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:
   Magistrate Case No.  _00-5162-AEV; 00-4179-SNOW_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _JULY 18, 2000_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature:* Jeffrey H. Sloman for

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077

*Penalty Sheet(s) attached                                    REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name: __RONALD COXE__   No.: __00-6199-CR-FERGUSON(s)__

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana

21 U.S.C. §846

*Max Penalty: Maximum of 40 years' imprisonment; $2,000,000 fine.

Mandatory minimum 5 years' imprisonment.


Count #: II

Possession with the Intent to Distribute Marijuana

21 U.S.C. §841(a)(1)

*Max Penalty: 20 years' imprisonment; $1,000,000 fine.


Count #:


*Max Penalty:


Count #:


*Max Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: __ROBERT ESKIN__    No.: _00-6199-CR-FERGUSON(s)_

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana.

21 U.S.C. §846

*Max Penalty: Maximum of 40 years' imprisonment; $2,000,000 fine.

Mandatory minimum 5 years' imprisonment.

Count #: II
Possession with the Intent to Distribute Marijuana .

21 U.S.C. §841(a)(1)

*Max Penalty: 20 years' imprisonment; $1,000,000 fine.

Count #:


*Max Penalty:


Count #:


*Max Penalty:


*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __STEPHEN CLARK__   No.: 00-6199-CR-FERGUSON(s)

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana.

21 U.S.C. §846

*Max Penalty: Maximum of 40 years' imprisonment; $2,000,000 fine.

Mandatory minimum 5 years' imprisonment.

Count #: II
Possess with the Intent to Distribute Marijuana

21 U.S.C. §841(a)(1)

*Max Penalty: 20 years' imprisonment; $1,000,000 fine.

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96