UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

UNITED STATES OF AMERICA,
         Plaintiff,
vs.

ROBERT ESKIN, (J)
         Defendant.

**MINUTES**
**CHANGE OF PLEA**

FILED by _____ D.C.
SEP 15 2000

On September 15, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Neil Lewis, Esq appointed by the Court/retained by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) _2_ of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( )   The Court proceeded to pronounce sentence.
- (X)   The Court postponed sentencing until **11/17/00 at** 11:30 a.m.,
- ( )   and the defendant was allowed to remain on present bond until then;
- ( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
- ( )   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge **Wilkie D. Ferguson, JR.**
Reporter **Anita LaRocca**
Clerk **Troy T. Walker**

