SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____

NOV 17 2000

CASE # _OO-6199-CR-WDF_

DEFENDANT _Robert Eskin_

JUDGE____WILKIE D. FERGUSON

Deputy Clerk___TROY T. WALKER

DATE _November 17 2000_

Court Reporter___Paul Haferling

USPO _Tracey Webb_

AUSA _Tom Lernyon for Donald Chase_

Deft's Counsel _Neil Lewis, Esq_

COUNTS DISMISSED____All Others

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until___/ / ____ at_____AM / PM

_Right to appeal_

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months 41 | Counts 2 |
|---|---|---|---|

Supervised Release _2 yrs — See ff C for details_

| Probation | Years | Months | Counts |
|---|---|---|---|

Comments_____

Assessment $ _100.00_

Fine $___None___

Restitution /Other _____

CUSTODY

__X__ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/ /_____

Commitment Recommendation: _____

_O)_

_61_