UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 00-6199-CR-FERGUSON |
| Plaintiff, | : | |
| vs. | : | Application to Correct Clerical Error |
| | | As to the Judgment In a Criminal Case |
| ROBERT ESKIN, | : | |
| Defendant, | : | |
| _____/ | | |

Defendant, ROBERT ESKIN, through counsel and pursuant to Rule 36, Federal Rules of Criminal Procedure, requests this Court to amend and correct the judgment and commitment order entered in the above matter on November 21, 2000 and states:

1. Defendant requests this court to amend the judgment and commitment entered above based upon clerical errors which appear on the face of the order.

2. The following corrections are requested for the purpose of amending the order to properly list the defendant's correct name and prison system number and to include the recommendations of the court which were inadvertently ommitted.

3. Defendant's middle initial is incorrectly listed as (J) when the correct initial is (I) and page 1, caption, should reflect the same.

4. Defendant's prison number inadvertently appears as 37570-006 and the correct number should be "37570-066" as set forth in the caption as well as on the "USM" No".

5. Page 2 of the order omitted the recommendation made at the time of sentence for a defendant to serve his sentence in a Florida institution.



6. Additionally, as the court has recommended screening for drug treatment as a condition of supervised release, it is respectfully requested that the same be recommended to the bureau of prisons for an in custody program.

WHEREFORE, defendant Robert Eskin, requests this court to correct the judgment and commitment as set forth above and for such other relief as the court may deem appropriate.

Respectfully submitted,

*/s/ Neal R. Lewis*

LAW OFFICES OF NEAL R. LEWIS
Attorney for Robert Eskin
9130 South Dadeland Boulevard
Suite 1609 - II Datran Center
Miami, Florida 33156
Florida Bar No. 249599
(305) 254-2285

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Senencing Memorandum was sent by U.S. Mail to: Donald Chase, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394 this 1st day of December, 2000.

*/s/ Neal R. Lewis*

NEAL RANDOLPH LEWIS