AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ROBERT ESKIN, (J) 37570-006 | Case Number: 0:00CR06199-003 |
| | Donald Chase, AUSA / Neal Lewis, Esq |
| THE DEFENDANT: | Defendant's Attorney |

☒ pleaded guilty to count(s) **Two of the Superseding Indictment**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841 (a)(1) | PWID Marijuana | 07/18/2000 | 2 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) __N/A__

☒ Count(s) __All Others__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 11/29/1947
Defendant's USM No.: 37570-006  37570-066
Defendant's Residence Address:
914 Palm Trial # 12

Delray Beach    FL    33483

Defendant's Mailing Address:
914 Palm Trial # 12

Delray Beach    FL    33483

11/17/2000
Date of Imposition of Judgment

Signature of Judicial Officer

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

11/21/00
Date

DEFENDANT: **ROBERT ESKIN, (J) 37570-006**
CASE NUMBER: 0:00CR06199-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __41 month(s)__.

As to Count Two of the Superseding Indictment.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

*[Stamp: Certified to be a true and correct copy of the document on file. Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida. By [signature] Deputy Clerk. Date 1/21/01]*

Defendant delivered on __1-18-01__ to __FCI YAZ__
at __Yazoo City, MS__, with a certified copy of this judgment.

K. Yusuff, Warden
UNITED STATES ~~MARSHAL~~

By __E. White__ LDE
    Deputy U.S. Marshal